# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>            Plaintiff,<br><br>      v.<br><br>BBVA USA, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01581-DAD-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO MARCH 23, 2021 |

Currently a mandatory scheduling conference is set in this matter for January 28, 2021. (ECF No. 4.) On January 8, 2021, the Clerk entered default against Defendants BBVA USA and Richard Gunner. (ECF Nos. 12, 13.) The request to enter default against Defendant Margaret Gunner was declined because the answer to the complaint is not due until January 19, 2021, and her responsive pleading was not yet due. (ECF No. 14.) The Court shall continue the mandatory scheduling conference to allow for responsive pleading to be filed in this action.

Further, the Court advises Plaintiff that the proof of service for Defendant BBVA USA shows that the defendant was served at 818 W. Seventh Street, Suite 930, Los Angeles, California 90071. A business search for BBVA USA shows that the agent of service is CT Corporation System located at 15 South 20th Street, Birmingham, AL 35233. See California Secretary of State Entity Detail, located at https://businesssearch.sos.ca.gov/, search BBA USA (last visited Jan. 12, 2021). Any motion for default judgment will be required to specifically

address if service on BBVA USA complies with the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for January 28, 2021 is CONTINUED to **March 23, 2021 at 9:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **January 12, 2021**

UNITED STATES MAGISTRATE JUDGE

2