# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GEORGE AVALOS, | Case No. 1:20-cv-01581-DAD-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| BBVA USA, et al., | (ECF No. 24) |
| Defendants. | FORTY-FIVE DAY DEADLINE |

On March 15, 2021, Plaintiff George Avalos filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents within **forty five (45) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **March 16, 2021**

UNITED STATES MAGISTRATE JUDGE

1